152 So.2d 213

### JOHN J. NESBITT, INC.

### v.

### LOUISIANA PLUMBING COMPANY, Inc., et al.

#### No. 46713.

#### May 7, 1963.

In re: John J. Nesbitt, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 151 So.2d 524.

Writ denied. The result reached by the Court of Appeal is correct.

McCALEB, J., is of the opinion that a writ should be granted because the decision complained of, among other things, is contrary to our decision in Furlong v. National Life & Accident Ins. Co., 185 La. 352, 169 So. 431, 106 A.L.R. 40.